UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

WEB 2.0 TECHNOLOGIES, LLC,

                         Plaintiff,

          -v-

NULAB, INC.,

                         Defendant.

------------------------------------------------------------------X

23 Civ. 2589

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 27, 2023, Web 2.0 Technologies, LLC ("Web 2.0") filed the complaint in the above action, Dkt. 1, as related to *Web 2.0 Technologies, Inc. v. Nulab, Inc.*, No. 23 Civ. 339 (PAE). Upon the Court's review, and as represented in Web 2.0's statement of relatedness, Dkt. 6, these two cases appear identical save a corrected typo in Web 2.0's name.

If the Court's understanding is correct that Web 2.0 filed a new case to correct an error in its name, the Court advises that, to further the goals of efficiency and economy, Web 2.0 may either (1) voluntarily dismiss the earlier, incorrectly captioned action at No. 23 Civ. 339, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), or (2) file an amended complaint in that earlier action, correcting its name, and voluntarily dismiss the above-captioned action under Rule 41(a)(1)(A)(i).

SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                            Paul A. Engelmayer
                                                            United States District Judge

Dated: March 29, 2023
       New York, New York